UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMEKA EKWUEME, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, et al., ) <br> ) <br> Respondents. ) <br> _____ ) | 1:07-CV-01215 OWW NEW (DLB) HC <br><br> ORDER REGARDING PETITIONER'S <br> MOTION TO WITHDRAW/SUBSTITUTE <br><br> [Doc. #10] |

Petitioner is a detainee of the Bureau of Immigration and Customs Enforcement proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is represented in this action by Teresa Salazar, Esq.

On September 28, 2007, Counsel for Petitioner filed a motion to withdraw as counsel. Counsel states she is on maternity leave as of the date she filed her motion. She states an attorney from her office will be substituting in for her. Counsel must file with the Court an affidavit signed by Counsel, Petitioner and new counsel stating all parties agree to the substitution. Local Rule 83-182(g). The Court will delay ruling on the instant motion until the affidavit is received.

IT IS SO ORDERED.

Dated:   **October 5, 2007**              /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE