

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

EMEKA EKWUEME,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:07-CV-1215 OWW/GSA HC

MICHAEL CHERTOFF, ET.AL.,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____

_____

_____

_____

  X     Denied for the following reason:
Third Petition for review in Ninth Circuit. Petitioner is removable and is using the stay mechanism to prolong the case.

Dated: 2-15-08

OLIVER W. WANGER
United States District Judge